IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KEITH STENNIS,** )<br>)<br>   Petitioner, )<br>) <br>vs. ) <br>) <br>**PEOPLE of the STATE of ILLINOIS,** ) <br>) <br>   Respondent. ) | **CIVIL NO. 05-773-WDS** |

## JUDGMENT

The Court granted Petitioner's request for additional time to file his habeas petition; the Court also directed him to pay the $5 filing fee or file a motion for leave to proceed *in forma pauperis*. Those pleadings were due by March 10, 2006, but that deadline has long since elapsed without any communication of any sort from Petitioner, even though he was advised that failure to respond to that order would be grounds for dismissal of this action. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). Following Petitioner's failure to comply with that order in the time allotted, the Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed for failure to comply with an order of this Court. Dismissal is with prejudice. Judgment is entered in favor of Respondent and against Petitioner. Petitioner shall take nothing from this action.

April 20, 2006                           By:    *s/ WILLIAM D. STIEHL*
*Date*                                                    *District Judge*